ADELE STEINBACK V. J. WEILL & BRO.

(No. 1603, Op. Book No. 2, p. 116.)

APPEAL from Williamson County. Opinion by QUI-NAN, J.

§ **934.** *Husband and wife; cannot be partners in mercantile business.* The law of this state does not recognize commercial partnerships between husband and wife. It is the duty of the courts to repudiate such a relation between man and wife, as the marital relation has become sufficiently complicated already, without adding that of mercantile partnership or anything like it. [Wallace v. Finberg, 46 Tex. 44.]

§ **935.** *Husband and wife; judgment against wife.* The husband is a necessary party to any judgment ren-

dered against the wife. [Pas. Dig. 4644, 4646; R. S. 2855–2857; Taylor v. Murphy, 50 Tex. 291.]

§ 936. *Married woman; liability of, for debt.* A married woman who conducts a mercantile business in her own name, or who is a member of a mercantile firm, is not liable for goods sold to her or to the firm to carry on such business. Such a debt is not for necessaries furnished herself or family, and is not incurred for the benefit of her separate property. [Wallace v. Finberg, 46 Tex. 44.]

May 22, 1880.        Reversed and remanded.